AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| STEVEN B. AUBREY<br>*Plaintiff(s)*<br>v.<br>JOHN D. FRY;<br>BRIAN D. FILLINGIM; and<br>GLEN A. FITZMARTIN<br>*Defendant(s)* | Civil Action No. **24-60701-CIV-DAMIAN** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  **Brian D. Fillingim**
**c/o Chief of Police Eddie Garcia**
**Jack Evans Police Headquarters**
**1400 Botham Jean Blvd.**
**Dallas, Texas 75215**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Steve Aubrey
3303 NE 3rd Ave.
Oakland Park, FL 33334

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jul 12, 2024



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Nadhege Augustin*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Southern District of Florida

| | | |
|---|---|---|
| STEVEN B. AUBREY<br>*Plaintiff(s)*<br>v.<br>JOHN D. FRY;<br>BRIAN D. FILLINGIM; and<br>GLEN A. FITZMARTIN<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. **24-60701-CIV-DAMIAN** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**Brian D. Fillingim
560 Havencrest Ln.
Coppell, TX 75019-5720**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Steve Aubrey
3303 NE 3rd Ave.
Oakland Park, FL 33334**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

**SUMMONS**

Date: **Jul 12, 2024**

*s/ Nadhege Augustin*
Deputy Clerk
U.S. District Courts