UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:24-cv-60701-MD

STEVEN BENTON AUBREY,

    Plaintiffs,

v.

JOHN D. FRY; BRIAN D. FILLINGIM; and
GLEN A. FITZMARTIN,

    Defendants.
_____/

## NOTICE OF APPEARANCE

The law firm of JOHNSON, ANSELMO, MURDOCH, BURKE, PIPER & HOCHMAN, P.A., appears as counsel of record for Defendant, GLEN A. FITZMARTIN, in the above-styled action.

All further pleadings and papers served on Defendant, GLEN A. FITZMARTIN, should be directed to:

MICHAEL R. PIPER, ESQ.
Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A.
2455 East Sunrise Boulevard, Suite 1000
Fort Lauderdale, Florida 33304
Telephone: (954) 463-0100
Facsimile: (954) 463-2444
Primary Email: piper@jambg.com
Secondary Email: cintron@jambg.com andrews@jambg.com

## Certificate of Service

I CERTIFY that on this 17th day of July 2024, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system or by email to all parties. I further certify that I either mailed the foregoing document and the Notice of Electronic Filing by first class mail to any non-CM/ECF participants and/or the foregoing document was served via transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants.

*/s/ Michael R. Piper*
Michael R. Piper, Esq.
Florida Bar No: 710105
JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, PA
***Attorneys for Defendant Fitzmartin***
2455 E. Sunrise Boulevard, Suite 1000
Fort Lauderdale, Florida 33304
Telephone: (954) 463-0100
Facsimile: (954) 463-2444
piper@jambg.com
cintron@jambg.com andrews@jambg.com

## Service List

**STEVEN B. AUBREY,** *Pro Se*
3303 NE 3rd Avenue
Oakland Park, FL 33334
Tel: 645.201.5813
defamationperse@yahoo.com

*Counsel for Defendant, Judge John D. Fry*
**MARTHA HURTADO, ESQ. (103705)**
Office of the Attorney General
110 S.E. 6th Street, 10th Floor
Fort Lauderdale, FL 33301
Tel: 954.712.4600
Fax: 954.527.3702
Martha.hurtado@myfloridalegal.com

---

*Counsel for Defendant, Glen A. Fitzmartin*
**MICHAEL R. PIPER, ESQ. (710105)**
JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, P.A.
2455 East Sunrise Blvd., Suite 1000
Fort Lauderdale, FL 33304
Tel: 954.463.0100
Fax: 954.463.2444
piper@jambg.com
Cintron@jambg.com Andrews@jambg.com