UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60701-CIV-DAMIAN/Valle

**STEVEN B. AUBREY**,

    Plaintiff,

v.

**JOHN D. FRY, BRIAN D. FILLINGIM,
and GLEN A. FITZMARTIN**,

    Defendants.

_____/

**ORDER DENYING AS MOOT MOTION TO DISMISS [ECF NO. 15]**

**THIS CAUSE** is before the Court on Defendant John D. Fry's Motion to Dismiss (the "Motion to Dismiss") [ECF No. 15], filed July 12, 2024.

Since the filing of the Motion to Dismiss, Plaintiff, Steven B. Aubrey, filed a First Amended Complaint [ECF No. 23], as was Plaintiff's right under Federal Rule of Civil Procedure 15. The filing of the First Amended Complaint supersedes the original complaint, and, thus, renders moot the Motion to Dismiss. *See Fritz v. Standard Sec. Life Ins. Co. of New York*, 676 F.2d 1356, 1358 (11th Cir. 1982). Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. Defendant John D. Fry's Motion to Dismiss **[ECF No. 15]** is **DENIED AS MOOT**.

2. Defendants, John D. Fry, Brian D. Fillingim, and Glen A. Fitzmartin, shall submit a single combined response or separate answers by **August 5, 2024**. Failure to comply with these procedures may result in sanctions, including the striking of the motion(s) or response(s).

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 29th day of July, 2024.

                                                  **MELISSA DAMIAN**
                                                  **UNITED STATES DISTRICT JUDGE**

cc:    Counsel of record