UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:24-cv-60701-MD

STEVEN BENTON AUBREY,

    Plaintiffs,

v.

JOHN D. FRY; BRIAN D. FILLINGIM; and
GLEN A. FITZMARTIN,

    Defendants.
_____/

## NOTICE OF UNAVAILABILITY

The undersigned attorney for Defendant, GLEN A. FITZMARTIN, gives notice to this Court and advises all parties in this action that he will be out of the area and unavailable to participate in this action, due to pre-paid travels, on the following dates:

**Friday, April 4, 2025, through Wednesday, April 9, 2025**

**Monday, October 27, 2025, through October 31, 2025**

Wherefore, the Defendant, GLEN A. FITZMARTIN, requests that no hearings, depositions, or any other proceedings be set during the above time period.

Respectfully Submitted on this 15th day of January 2025.

## Certificate of Service

 I CERTIFY that on this 15th day of January 2025, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system or by email to all parties. I further certify that I either mailed the foregoing document and the Notice of Electronic Filing by first class mail to any non-CM/ECF participants and/or the foregoing document was served via transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants.

*/s/ Michael R. Piper*
Michael R. Piper, Esq.
Florida Bar No: 710105
JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, PA
***Attorneys for Defendant Fitzmartin***
2455 E. Sunrise Boulevard, Suite 1000
Fort Lauderdale, Florida 33304
Telephone: (954) 463-0100
Facsimile: (954) 463-2444
piper@jambg.com
cintron@jambg.com andrews@jambg.com

## Service List

### *Counsel for Plaintiff*
**STEVEN B. AUBREY,** *Pro Se*
3303 NE 3rd Avenue
Oakland Park, FL 33334
Tel: 645.201.5813
defamationperse@yahoo.com

### *Counsel for Defendant, Judge John D. Fry*
**MARTHA HURTADO, ESQ. (103705)**
Office of the Attorney General
110 S.E. 6th Street, 10th Floor
Fort Lauderdale, FL 33301
Tel: 954.712.4600
Fax: 954.527.3702
Martha.hurtado@myfloridalegal.com

### *Counsel for Defendant Brian D. Fillingim*
**TAMATHA S. ALVAREZ (151467)**
Lister & Alvarez
1655 N. Commerce Pkwy, Suite 102
Weston, FL 33326
Tel: 954.659.9322
Fax: 954.659.9909
tsalaw@hotmail.com
diana@lawmla.com

---

### *Counsels for Defendant, Glen A. Fitzmartin*

**MICHAEL R. PIPER, ESQ. (710105)**
JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, P.A.
2455 East Sunrise Blvd., Suite 1000
Fort Lauderdale, FL 33304
Tel: 954.463.0100
Fax: 954.463.2444
Piper@jambg.com
Cintron@jambg.com   Andrews@jambg.com

**BEN L. STOOL, ESQ., CRIMINAL DISTRICT ATTY. (19312500)**
**BARBARA S. NICHOLAS, ESQ., ASST. DISTRICT ATTY. (24032785)**
**CHERIE K. BATSEL, ESQ., ASST. DISTRICT ATTY. (24011313)**
OFFICE OF DALLAS COUNTY, TEXAS
Civil Division
500 Elm Street, Suite 6300
Dallas, Tx 75202
Tel: 214.653.7358
Fax: 214.653.6134
Ben.stool@dallascounty.org
Barbara.nicholas@dallascounty.org
Cherie.batsel@dallascounty.org