UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60701-CIV-DAMIAN/Valle

STEVEN B. AUBREY,

    Plaintiff,

v.

JOHN D. FRY, *et al.*

    Defendants.

_____/

**NOTICE OF WITHDRAWAL OF**
**EMERGENCY NOTICE OF INTERVENTION**

PLEASE TAKE NOTICE that, following submission of the notice of intervention, filed on January 6, 2025, the undersigned discussed the merits of the filing with Plaintiff. As such, the undersigned hereby withdraws his Emergency Notice of Intervention [ECF No. 62].

Respectfully submitted,

By: _____
Brian Vodicka
3303 NE 3rd Ave
Oakland Park, FL 33334
Telephone: (954) 232-6404
vodicka500@gmail.com

## CERTIFICATE OF SERVICE

On May 15, 2025, I filed the foregoing document with the Clerk of Court for the U.S. District Court, Southern District of Florida. I hereby certify that the foregoing is being served on all counsel of record or *pro se* parties, either via transmission of Notices or Electronic Filing generated by CM/ECF or in some other authorized manner authorized by FED. R. CIV. P. 5 (b)(2)(A).

_____
Brian Vodicka